JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAIM WOLMARK,<br><br>    Plaintiff,<br><br>  v.<br><br>HYUNDAI MOTOR FINANCE, et al<br><br>    Defendants. | CASE NO.: 2:21cv03775RSWL(JPRx)<br><br>ORDER OF DISMISSAL |

    Pursuant to the Stipulation of Dismissal filed by the parties on January 10, 2023, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice, with the right to reopen for (30) days. Each party shall bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated: January 13, 2023

                                           */S/ RONALD S.W. LEW*
                                           Honorable Ronald S.W. Lew
                                           U.S. District Judge